# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**FATHER THOMAS EUTENEUER,**
Appellant,

v.

**THE CATHOLIC MUTUAL RELIEF SOCIETY OF AMERICA,
THE DIOCESE OF PALM BEACH, INC.,** and **ANNE LOTIERZO,**
Appellees.

No. 4D22-2481

[March 23, 2023]

Appeal of nonfinal order from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Gary Sweet, Judge; L.T. Case No. 432021CA001106.

Jeanette M. Lugo of Wiederhold & Kummerlen, P.A., West Palm Beach, for appellant.

Sharon C. Degnan of Kubicki, Draper, Orlando, for appellee The Catholic Mutual Relief Society of America.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, GERBER and KUNTZ, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***